**No. 56942.**—Illfelder Importing Co., Inc., et al. *v.* United States, protests 164778–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of chinaware miniature tea sets the same in all material respects as those the subject of *B. Shackman & Co.* and *S. Stern Henry & Co.* v. *United States* (28 Cust. Ct. 298, C. D. 1426), the claim of the plaintiffs was sustained.

**No. 56943.**—John Wanamaker N. Y. *v.* United States, protests 167983–K, 168916–K, and 186110–K (New York).

Opinion by JOHNSON, J.   It was stipulated that certain items of the merchandise consist of figures or figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458).   In accordance with stipulation of counsel and following the decision cited, certain items on the invoices with the entries covered by protests 167983–K and 168916–K were held dutiable at 20 percent under paragraph 1547 (a), and certain items on the invoice with the entry covered by protest 186110–K were held dutiable at 10 percent under said paragraph, as modified by T. D. 52476.

**No. 56944.**—MacDougalls of Inverness, Inc., and Meadows Wye & Co., Inc. *v.* United States, protest 176057–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the facts and issues herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), and that the quantities reported by the inspector as not landed, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as not landed, not found, is subject to an allowance in duties.   The protest was sustained to this extent.